MAR 19 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EUGENE EDWARD ROBINSON<br>Defendant. | Case No.: SACR 02-176(A)R<br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central  District of  California  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

• FAILURE TO REPORT TO PROBATION
• FAILURE TO COMPLY W/ COURT ORDERS

1           and/ or

2  B. ( )   The defendant has not met his/her burden of establishing by clear and
3           convincing evidence that he/she is not likely to pose a danger to the
4           safety of any other person or the community if released under 18 U.S.C.
5           § 3142(b) or (c). This finding is based on the following:

6   _____

7   _____

8   _____

9   _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

13

14 Dated: 3/19/12

                                                    HONORABLE SHERI PYM
                                                    United States Magistrate Judge